**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-2248

CRYSTAL VL RIVERS,

　　　　Plaintiff - Appellant,

　　　v.

VIRGINIA STATE POLICE; BILL TALBOTT; VIRGINIA STATE CORPORATION COMMISSION; BANK OF THE JAMES FINANCIAL GROUP, INC., a/k/a Bank of the James; SELECT BANK FINANCIAL CORP; SELECT BANK; J. MICHAEL THOMAS; OLD DOMINION NATIONAL BANK; MARK MERRILL; KELLY POTTER; UNION BANKSHARES CORPORATION, now Atlantic Union Bankshares; UNION BANK AND TRUST, now Atlantic Union Bank; successor of and formerly StellarOne Bank, formerly Planters Bank & Trust Company of Virginia; ADVANTAGE TITLE & CLOSING LLC; JENNIFER RICHARDSON; MATT FARISS; SHANA LESTER; RALPH BECK; S & R FARM, LLC; BBOYZ LLC; SERENITY ACRES FARM LLC; SETH ELI TWERY, VSB #20031; NORTHCREEK INC. NORTH CREEK CONSTRUCTION; DAVID EDMUNDSON; KELLY EDMUNDSON; SERENE CREEK RUN ASSOCIATION; TRAVIS BAKER; JENNIFER BAKER; MICHAEL FRIEDMAN; LOREN FRIEDMAN; RICHARD ROGERS; BETH ROGERS; MATTHEW KRYCINSKI; SARAH KRYCINSKI; MICHAEL BRADBURY; HOWARD FREAR; BARBARA FREAR; WILLIAM FLUKER; MICHELLE FLUKER; MARGIE CALLAHAN; ROBERT BEACH; BRANCH BANKING & TRUST COMPANY OF VIRGINIA; MARK DOUGLAS LOFTIS, VSB #79538; SAMEER PATEL, M.D., VSB #65811; SHERRI SACKETT; PETER C. SACKETT,

　　　　Defendants - Appellees,

　　　and

UNITED STATES OF AMERICA; BEDFORD COUNTY VIRGINIA; CITY OF LYNCHBURG VIRGINIA; KAREN DEER; MARYLOU PRILLIMAN; E. JOSEPH FACE, JR., Commissioner; ROBERT R. CHAPMAN, III; LIBERTY

UNIVERSITY, INCORPORATED; LAURA J. WALLACE; LISA L. SCHENKEL, VSB #21521; SHERWOOD SUNDERLAND DAY, VSB #15128; FRANK W. MORRISON, VSB #07549; STEVEN R. GRANT, VSB #27178; TED COUNTS REALTY GROUP AND AUCTION CO INC.; FEDERAL BUREAU OF INVESTIGATION; IRS; ALBEMARLE COUNTY, VIRGINIA; STATE CORPORATION COMMISSION; BUREAU OF FINANCIAL INSTITUTIONS; PRESCOTT H. GAY, SR., VSB #17727,

Defendants.

---

No. 21-2408

---

CRYSTAL VL RIVERS,

Plaintiff - Appellant,

v.

VIRGINIA STATE POLICE; BILL TALBOTT; VIRGINIA STATE CORPORATION COMMISSION; BANK OF THE JAMES FINANCIAL GROUP, INC., a/k/a Bank of the James; SELECT BANK FINANCIAL CORP; SELECT BANK; J. MICHAEL THOMAS; OLD DOMINION NATIONAL BANK; MARK MERRILL; KELLY POTTER; UNION BANKSHARES CORPORATION, now Atlantic Union Bankshares; UNION BANK AND TRUST, now Atlantic Union Bank; successor of and formerly StellarOne Bank, formerly Planters Bank & Trust Company of Virginia; ADVANTAGE TITLE & CLOSING LLC; JENNIFER RICHARDSON; MATT FARISS; SHANA LESTER; RALPH BECK; S & R FARM, LLC; BBOYZ LLC; SERENITY ACRES FARM LLC; SETH ELI TWERY, VSB #20031; NORTHCREEK INC. NORTH CREEK CONSTRUCTION; DAVID EDMUNDSON; KELLY EDMUNDSON; SERENE CREEK RUN ASSOCIATION; TRAVIS BAKER; JENNIFER BAKER; MICHAEL FRIEDMAN; LOREN FRIEDMAN; RICHARD ROGERS; BETH ROGERS; MATTHEW KRYCINSKI; SARAH KRYCINSKI; MICHAEL BRADBURY; HOWARD FREAR; BARBARA FREAR; WILLIAM FLUKER; MICHELLE FLUKER; MARGIE CALLAHAN; ROBERT BEACH; BRANCH BANKING & TRUST COMPANY OF VIRGINIA; MARK DOUGLAS LOFTIS, VSB #79538; SAMEER PATEL, M.D., VSB #65811; SHERRI SACKETT; PETER C. SACKETT,

Defendants - Appellees,

2

and

UNITED STATES OF AMERICA; BEDFORD COUNTY VIRGINIA; CITY OF LYNCHBURG VIRGINIA; KAREN DEER; MARYLOU PRILLIMAN; E. JOSEPH FACE, JR., Commissioner; ROBERT R. CHAPMAN, III; LIBERTY UNIVERSITY, INCORPORATED; LAURA J. WALLACE; LISA L. SCHENKEL, VSB #21521; SHERWOOD SUNDERLAND DAY, VSB #15128; FRANK W. MORRISON, VSB #07549; STEVEN R. GRANT, VSB #27178; TED COUNTS REALTY GROUP AND AUCTION CO INC.; FEDERAL BUREAU OF INVESTIGATION; IRS; ALBEMARLE COUNTY, VIRGINIA; STATE CORPORATION COMMISSION; BUREAU OF FINANCIAL INSTITUTIONS; PRESCOTT H. GAY, SR., VSB #17727,

Defendants.

---

Appeals from the United States District Court for the Western District of Virginia, at Lynchburg.  Elizabeth Kay Dillon, District Judge.  (6:18-cv-00061-EKD-JCH)

---

Submitted:  March 29, 2023                                    Decided:  May 9, 2023

---

Before WYNN and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Crystal VL Rivers, Appellant Pro Se.  Elaine Duross McCafferty, WOODS ROGERS, PLC, Charlottesville, Virginia; Eric Daniel Chapman, COWANPERRY PC, Blacksburg, Virginia; J.P. McGuire Boyd, Jr., WILLIAMS MULLEN, Richmond, Virginia; Maurice Scott Fisher, Jr., HARMAN CLAYTOR CORRIGAN & WELLMAN, Glen Allen, Virginia; Edward Albion Armfield, OVERSTREET SLOAN, PLLC, Forest, Virginia; Chad Allan Mooney, PETTY LIVINGSTON DAWSON & RICHARDS, Lynchburg, Virginia; Alexander Spotswood de Witt, BUTLER SNOW LLP, Richmond, Virginia; Bryan Grimes Williams Creasy, Sr., John Dickens Eure, JOHNSON AYERS & MATTHEWS, PLC, Roanoke, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

3

PER CURIAM:

Crystal VL Rivers appeals the district court's orders denying her motions for relief under the Crime Victims' Rights Act (CVRA), 18 U.S.C. § 3771; to file a third amended complaint; to certify as appealable the dismissal of certain claims under Fed. R. Civ. P. 54(b); and for relief from the court's final judgment under Fed. R. Civ. P. 60(b).  Having reviewed the record and the arguments Rivers advances on appeal, we discern no reversible error in the district court's decisions.  Accordingly, we affirm the district court's orders. In addition, we grant the motion for Rivers to file untimely reply briefs, and we deny the motion to convert from unpublished to published a prior opinion of this court.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

4